**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 487 MAL 2020

Respondent                      :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

v.                               :

                                   :

LAMAR HAYMES,                  :

                                   :

Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of February, 2021, the Application for Leave to File Amendment to Petition for Allowance of Appeal is **GRANTED**. The Petition for Allowance of Appeal is **DENIED**.